Russell Wayne **CARPENTER**, Appellant,

v.

**UNITED STATES** of America,
Appellee.

No. 8983.

United States Court of Appeals
Fourth Circuit.

Argued June 12, 1963.

Decided June 14, 1963.

---

Robert J. McGuire and Arthur I. Rosett, Asst. U. S. Attys. (Robert M. Morgenthau, U. S. Atty., for the Southern District of New York, New York City, on the brief), for appellee.

Santiago De Fillo, pro se.

Before MOORE, HAYS and MARSHALL, Circuit Judges.

Lewis D. Morris, Alexandria, Va. (court-assigned counsel), for appellant.

Plato Cacheris, First Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before SOBELOFF, Chief Judge, and HAYNSWORTH and BOREMAN, Circuit Judges.

PER CURIAM.

This appellant filed a petition in the District Court under 28 U.S.C.A. § 2255, attacking the sentence of life imprisonment imposed on May 8, 1958, upon his conviction for kidnaping two persons and for transporting a stolen auto-

mobile. The appellant charged that his conviction was secured by the perjured testimony of one of the kidnaping victims, and that the prosecutor knowingly used such testimony.

The District Court appointed counsel for the petitioner and ordered a hearing. The appellant was brought from the federal penitentiary at Alcatraz. He and other witnesses testified at length. The hearing not only failed to establish that the prosecutor or any other government agent knowingly used perjured testimony, but it was not even shown that the challenged testimony was in fact false or perjured. Indeed the contrary finding of the court is strongly supported.

Perceiving no error in the District Court's resolution of the factual issues raised by the petitioner, the order dismissing the petition is

Affirmed.